STATE OF NEW JERSEY v.
ROBERT HILL, a/k/a CHARLES E. JENKINS, JR.

September 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. LEONARD YOUNG.

September 16, 1974. Petition for certification denied.

JAMES A. QUAREMBA v.
ALEXANDER ALLAN, COUNTY CLERK.

September 19, 1974. Petition for certification granted.
(See 128 *N. J. Super.* 570)

STATE OF NEW JERSEY v. RONALD HUNTLEY.

September 19, 1974. Petition for certification denied.
(See 129 *N. J. Super.* 13)

IN RE: REGULATIONS FOR THE COLLECTION, REMOVAL
AND DISPOSAL OF SOLID WASTE N. J. A. C. 14:9–4.2.

September 19, 1974. Petition for certification denied.

IN RE: CONTEMPT OF TEAMSTERS LOCAL 676.

September 19, 1974. Petition for certification denied.